

# Fourth Court of Appeals
## San Antonio, Texas

June 7, 2019

No. 04-18-00361-CR

Deandre Jerome **DORCH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR9223B
The Honorable Laura Lee Parker, Judge Presiding

# O R D E R

The State's Motion for Leave to File Post Submission Supp Brief is hereby GRANTED.

It is so **ORDERED** on June 7, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court